IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHANNON D. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-14-456-M |
| | ) | |
| OFFICER VALAZAIR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 9, 2015, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation to Dismiss Plaintiff's Second Amended Complaint in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended that plaintiff's Second Amended Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) for failure to state any claims upon which relief may be granted and that this dismissal count as a strike pursuant to 28 U.S.C. § 1915(g). Plaintiff was advised of his right to object to the Report and Recommendation by November 30, 2015. Plaintiff has filed a timely objection to the Report and Recommendation.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation to Dismiss Plaintiff's Second Amended Complaint [docket no. 22] issued by the Magistrate Judge on November 9, 2015, and

(2) DISMISSES plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) for failure to state any claims upon which relief may be granted. Further, this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED this 22nd day of December, 2015.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE